**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JOHN TELESHUK, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN TELESHUK,<br>    Plaintiff,<br>vs.<br>SHEIKH & SHEIKH, INC., a California corporation et al.<br>    Defendants. | Case No. 18-4621-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff John Teleshuk ("Plaintiff") and Defendant Gogris Corporation ("Defendant") stipulate and respectfully request that this action be dismissed, pursuant to FRCP 41(a)(2), in its entirety with prejudice with each side bearing his/its own attorneys' fees, costs, and litigation expenses. The parties further stipulate and request that the Court retain jurisdiction over enforcement of the terms over the parties' settlement agreement, if such enforcement is necessary.

Respectfully submitted,

Dated: November 21, 2019

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for
Plaintiff JOHN TELESHUK

Dated: November 21, 2019

*/s/ Heidi C. Quan*
Heidi c. Quan, Attorney for
Defendant GOGRIS CORPORATION

## **Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received concurrence from defense counsel in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Having reviewed the above stipulation, and good cause having been shown, this action is |
| 3 | dismissed in its entirety with prejudice as to all defendants. Each side is to bear his/its own |
| 4 | attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement |
| 5 | agreement. The Initial Case Management Conference scheduled for November 27, 2019 is |
| 6 | vacated. The Court Clerk shall close the case file. |

**IT IS SO ORDERED.**

Dated: November 25, 2019

